The Nerf War of 1984 Dino Dive